IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                  CV 16-411 KG/WPL
                                                      CR 15-2989 KG

FREDOR EDUARDO CARBAJAL-ARGUETA,

      Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed December 15, 2016. (CV Doc. 5; CR Doc. 37.) The parties were notified that objections were due within fourteen days of service of the PFRD, and that if no objections were filed, no appellate review would be allowed. (*Id.* at 9; *id.* at 9.) To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) Carbajal-Argueta's Motion Under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 33) is denied;

3) this cause is dismissed with prejudice; and

4) a certificate of appealability is denied.

_____
UNITED STATES DISTRICT JUDGE